**Order entered October 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00849-CV

### IN THE INTEREST OF K.D., A CHILD

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 84,309**

## ORDER

Before the Court is appellee's October 5, 2018 motion to extend time to file a brief. We

**GRANT** the motion and **ORDER** the brief be filed no later than October 29, 2018. As this is an

accelerated appeal in a parental termination case, further extension requests will be disfavored.


/s/     DAVID EVANS
          JUSTICE